**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | **Case no. 3:25-CR-003** |
| **v.** | ) | **Unopposed Motion to Continue** |
| | ) | |
| **Peter Michael Ryan, IV.** | ) | |

<u>**Unopposed Motion to Continue**</u>

Peter Michael Ryan, through counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B), moves this Court to continue his trial and pretrial motions deadlines for 60 days. He respectfully shows as follows:

Mr. Ryan is charged with Transportation of Child Pornography, Distribution of Child Pornography, Receipt of Child Pornography, Possession of Child Pornography, and Obscene Visual Representations of the Sexual Abuse of Children. Mr. Ryan's pretrial conference is currently set for May 14, 2026, and his trial is set for May 26, 2026.

Counsel has reviewed discovery and is engaged in negotiations with counsel for the Government. Discussions are ongoing and Counsel for Mr. Ryan is requesting additional time to complete those discussions and to confer with Mr. Ryan. Additionally, Counsel for Mr. Ryan has limited availability to resolve this case under the current deadlines. Undersigned Counsel has a pretrial conference before Judge Lake on May 14, 2026—the same day as the pretrial conference

1

scheduled in this matter.  Counsel will be in trial before Judge Lake beginning on May 18, 2026.  Counsel anticipates that the parties will reach an agreement to resolve Mr. Ryan's case without a trial.  However, to the extent that a trial is necessary, Counsel will not be prepared for trial by May 26, 2026.

Counsel respectfully submits that the best interests of justice served by granting this motion substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the motion would deny defense counsel the time necessary for effective preparation.

The government is **unopposed** to this motion.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Ryan Rones
RYAN RONES
Assistant Federal Public Defender
North Carolina State Bar ID No. 53592
Southern District of Texas No. 3900503
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas   77002
Telephone:  713.718.4600

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Christine Lu and determined that the United States is unopposed to this motion.

By /s/ Ryan Rones
RYAN RONES

## CERTIFICATE OF SERVICE

I certify that on May 8, 2026, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Christine Lu.

By /s/ Ryan Rones
RYAN RONES